IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PAULETTE SUTHERLAND SMITH,    )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )     Case No: 3:13-CV-00108-MSH<br>vs.                                                       )<br>                                                              )<br>CAROLYN W. COLVIN,                   )<br>Acting Commissioner of Social        )<br>Security,                                             )<br>                                                              )<br>         Defendant                            ) | |

### O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action, this case is hereby remanded to the Commissioner for further administrative proceedings.

Upon remand by the court, the Agency will: 1) update the medical evidence; 2) expressly evaluate the opinion evidence from all medical sources and provide adequate reasons for the weight accorded to each opinion in accordance with agency policy; 3) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; 4) further consider whether the claimant has past relevant work she could perform with the limitations established by the evidence; and 5) if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

Therefore, the Commissioner requests the court reverse the Commissioner's decision in this case with a remand of the cause to the Commissioner for further administrative action as outlined above.

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of May, 2014.


/s/ Stephen Hyles_____
STEPHEN HYLES
UNITED STATES MAGISTRATE JUDGE