# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| PAULETTE SUTHERLAND SMITH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:13-cv-108-MSH |
| | : Social Security Appeal |
| CAROLYN W. COLVIN, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

Presently pending before the Court is Plaintiff's Application for Attorney's Fees Pursuant to the Equal Access to Justice Act. (ECF No. 16.) Counsel filed his motion for fees on August 11, 2014, requesting $2,780.40 for 14.75 total attorney work hours at a rate calculated for the time the work was done, along with $400.00 court costs, and $24.44 litigation expenses. (Pl.'s App. for Attorney's Fees 3; ECF No. 16.) The Commissioner filed a Response wherein she does not object to the request for or amount of fees. (Comm'r's Resp. 1, ECF No. 17.)

Given that there is no objection to the amount of fees, number of hours requested, or hourly rate, and that the Court finds the request reasonable, Plaintiff's request for fees and costs in the amount of $3,204.84 is hereby GRANTED. These amounts shall be paid directly to the Plaintiff. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2525-26 (2010); *Reeves v. Astrue*, 526 F.3d 732, 735 (11th Cir. 2008)

(explaining that the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney").

SO ORDERED, this 18th day of August, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE